FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAR 15 PM 1:18

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JOHN FOWLER, | ) |
| Plaintiff, | ) |
| v. | ) CV 305-136 |
| JOSEPH PARIS, | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's complaint is **DISMISSED** and judgment is **ENTERED** in favor of defendant.

SO ORDERED this 15th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE